| | |
|---|---|
| Lindsey H. Morales, NV Bar No. 11519<br>Buckley Madole, P.C.<br>1635 Village Center Circle, Suite 130<br>Las Vegas, NV 89134<br>Telephone: 702-487-6997<br>Fax: 702-487-6997<br>Lindsey.Morales@BuckleyMadole.com<br><br>Attorney for Movant | Electronically filed on August 26, 2015 |

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | |
|---|---|
| In re:<br><br>Benjamin M. Joyce and Linda E. Joyce,<br><br><br><br><br><br><br><br>Debtors | Case No. 15-12421-LED<br><br>Chapter 7<br><br>*AMENDED* **NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br><u>Hearing</u>:<br>Date:  09/29/2015<br>Time: 1:30 PM<br>Place: 3rd Floor, Courtroom 3<br>          Foley Federal Building<br>          300 Las Vegas Boulevard South, Las Vegas, NV, 89101 |

**TO THE HONORABLE LAUREL E. DAVIS, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTORS, THE DEBTORS' COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

  **NOTICE IS HEREBY GIVEN** that a Motion for Relief from Automatic Stay (the "Motion") was filed on ~~August 26, 2015~~ July 23, 2015 by Specialized Loan Servicing LLC as servicing agent for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A. as Trustee for Bear Stearns ALT-A Trust 2006-6, Mortgage Pass-Through Certificates Series 2006-6 ("Movant"). The Motion seeks relief from the automatic stay under 11 U.S.C. §362 as to the Debtors and Debtors' bankruptcy estate so that Movant may enforce its remedies in accordance with applicable non-bankruptcy law on the real property located at 2405 Sunset Beach Lane, Las Vegas, Nevada 89128 (the "Property").

1  Any opposition must be filed pursuant to Local Rule 9014(d)(1).

2  **NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in
3  the Motion, or if you want the court to consider your views on the Motion, then you must file an
4  opposition with the court, and serve a copy on the person making the Motion *no later than 14 days*
5  preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The
6  opposition must state your position, set forth all relevant facts and legal authority, and be supported by
7  affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be heard before a United States Bankruptcy Judge in the Foley Federal Building at 300 Las Vegas Boulevard South, Las Vegas, NV, 89101 on 09/29/2015 at the hour of 1:30 PM.

Dated: ~~7/23/2015~~ 08/26/2015

Respectfully Submitted,
Buckley Madole, P.C.

By:  *Lindsey H. Morales*
LINDSEY H. MORALES
Attorney for Movant

NOTICE OF HEARING ON                              2                              4125-N-0461
MOTION FOR RELIEF FROM AUTOMATIC STAY                              NtcMfr_NV_0001